**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**NOTICE OF REQUEST TO MAKE PAYMENT**
**ARRANGEMENTS FOR REPORTER'S RECORD**

Appellate case name:  Eduardo Martinez v. The State of Texas

Appellate case number:  01-15-00592-CR

Trial court case number:  1031995

Trial court:  183rd District Court of Harris County

The court reporter, Billy Jalufka, notified the Court that appellant has not made arrangements to pay for the record. Our records indicate that the appellant is not appealing as an indigent.

We may consider an appeal without a reporter's record if no reporter's record is filed due to appellant's fault. Rule 37.3(c) of the Rules of Appellate Procedure provides:

*If No Reporter's Record Filed Due to Appellant's Fault.* Under the following circumstances, and if the clerk's record has been filed, the appellate court may — after first giving the appellant notice and a reasonable opportunity to cure — consider and decide those issues or points that do not require a reporter's record for a decision. The court may do this if no reporter's record has been filed because:

(1)  the appellant failed to request a reporter's record; or

(2)  (A)  appellant failed to pay or make arrangements to pay the reporter's fee to prepare the reporter's record; and

(B)  the appellant is not entitled to proceed without payment of costs.

TEX. R. APP. P. 37.3(c).

The appellant is hereby notified that this appeal may be considered without a reporter's record unless on or before October 27, 2015, the appellant (1) causes the record to be filed in this Court by paying for the record, (2) files proof that he has made arrangements to pay the reporter's fee to prepare the reporter's record or (3) files proof that he is entitled to proceed without payment of costs.

Clerk signature: _____
Date: October 15, 2015_____